IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-01370-RPM

SEAN LONGDO,

    Plaintiff,

v.

CITY OF LONGMONT, COLORADO, including its POLICE DEPARTMENT, and JOE PELLE, in his official capacity as Sheriff of Boulder County, Colorado,

    Defendants.

## ORDER RE: STIPULATED MOTION TO AMEND SCHEDULING ORDER

THIS MATTER comes before the Court on the Stipulated Motion to Amend the Scheduling Order ("Motion") [Doc. No. 19] filed on October 30, 2015. Having reviewed the Motion and being fully apprised of the premises:

IT IS ORDERED that the Motion is GRANTED. The deadline set forth in Section 7.d.(3). of the Scheduling Order (Doc. No. 18) is amended to be February 12, 2016, and the deadline set forth in Section 7.d.(4). of the Scheduling Order is amended to be March 11, 2016.

DATED this 30th day of October, 2015.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch
Senior United States District Judge