IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01370-RPM-KLM

SEAN LONGDO,

    Plaintiff,

v.

CITY OF LONGMONT, COLORADO, including its police department,
JOE PELLE, in his official capacity as Sheriff of Boulder County, Colorado,

    Defendants.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Leave for Non-Party to Attend Settlement Conference** [#26][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**. Non-Party Katrina Adler may attend the Settlement Conference on January 12, 2016.

    Dated: December 30, 2015

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.