IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-01370-RPM

SEAN LONGDO,

    Plaintiff,

v.

CITY OF LONGMONT, COLORADO, including its POLICE DEPARTMENT, and JOE PELLE, in his official capacity as Sheriff of Boulder County, Colorado,

    Defendants.

## ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Amend Scheduling Order ("Motion") [Doc. No. 30] filed on January 15, 2016. Having reviewed the Motion and being fully apprised of the premises:

IT IS ORDERED that the Motion is GRANTED. The Scheduling Order is hereby amended as follows:

| Event | Current Date | Proposed Revised Date |
|---|---|---|
| Affirmative Experts Disclosure | February 12, 2016 | April 12, 2016 |
| Rebuttal Expert Disclosure | March 11, 2016 | May 10, 2016 |
| Rebuttal Opinions | April 11, 2016 | June 10, 2016 |
| Service of Discovery | March 25, 2016 | May 24, 2016 |
| Discovery Cut-off | April 29, 2016 | June 28, 2016 |
| Dispositive Motion Deadline | May 30, 2016 | July 29, 2016 |

DATED this 15th day of January, 2016.

                              BY THE COURT:

                              s/Richard P. Matsch

                              Richard P. Matsch
                              Senior Judge
                              United States District Court