IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01370-RPM

SEAN LONGDO,

        Plaintiff,

v.

CITY OF LONGMONT, COLORADO, Including its Police Department, and
JOE PELLE, in this official capacity as Sheriff of Boulder County, Colorado,

        Defendants.

_____

## ORDER OF DISMISSAL OF CITY OF LONGMONT, COLORADO

_____

        Pursuant to The Stipulation for Dismissal with Prejudice of City of Longmont,

Colorado, including its Police Department [Doc. 32], it is

        ORDERED that Defendant City of Longmont, Colorado, including its Police

Department is dismissed with prejudice, including any claims for attorney fees, costs

and expenses.  Each party shall pay their own attorney fees and costs.

        DATED:   March 23, 2016

                        BY THE COURT:


                        s/Richard P. Matsch


                        _____

                        Richard P. Matsch, Senior Judge